# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICK COLLINS, INC.,**

                **Plaintiff,**

-vs-                                          **Case No.  6:12-cv-478-Orl-31GJK**

**CANDACE HERRON and JOHN DOES 1-11,**

                **Defendants.**

_____

# ORDER

The Plaintiff was given until April 12, 2012, to respond to the Related Case Order (Doc. No. 4) and the Interested Persons Order (Doc. No. 5), both entered March 29, 2012.  Plaintiff complied with the Interested Persons Order (Certificate of Interested Persons at Doc. No. 7) but has failed to respond to the Related Case Order.  Therefore, the plaintiff is hereby **ORDERED TO SHOW CAUSE** in writing by May 3, 2012, why sanctions should not be imposed, which may include dismissal of this case, for failure to respond to the Related Case Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2012.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party