UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PATRICK COLLINS, INC., | ) |
| Plaintiff, | ) Case No: 6:12-cv-00478-GAP-GJK |
| v. | ) |
| CANDACE HERRON, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**OF CANDACE HERRON WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE** Plaintiff hereby voluntary dismisses Defendant Candace Herron from this action <u>without prejudice</u>, because Plaintiff was unable to effectuate service of the summons and Complaint within the time period prescribed by Rule 4(m). Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant Candace Herron has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*